**Francis AKINRO, Plaintiff—Appellant,**

v.

**DEPARTMENT OF HOMELAND SECURITY; Spring Grove Hospital Center, Defendants—Appellees.**

No. 06–7136.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 23, 2006.

Francis Akinro, Appellant Pro Se. George William Maugans, III, Special Assistant, United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis Akinro appeals the district court's order denying his petition for writ of mandamus seeking to compel the United States Immigration and Customs Enforcement to remove a detainer lodged against him. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Akinro v. Dep't of Homeland Sec.*, No. 1:06–cv–00273–CCB (D. Md. June 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*